## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re

JOAN STRINGER

Chapter 7

Case No. 19-20198

## NOTICE OF CONTESTED MATTER RESPONSE DATE

JOAN STRINGER, (the "Movant") has filed a Motion to Reopen her Chapter 7 Bankruptcy Proceeding (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than January 30, 2020, in accordance with Federal Rules of Bankruptcy Procedure 2002(a) and 9014[1]. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. Section 102(1).

Dated: January 16, 2020

By:   JOAN STRINGER, MOVANT

/s/ Suzann L. Beckett
Suzann L. Beckett, Esq.
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT 06105
(860) 236-1111
Federal Bar No. ct02186

---

[1] * Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re

JOAN STRINGER

Chapter 7

Case No. 19-20198

## MOTION TO OPEN AND SET ASIDE COURT'S ORDER CLOSING FILE WITHOUT DISCHARGE, AND TO ENTER A DISCHARGE

Joan Stringer (the "Movant"), by and through counsel, Suzann L. Beckett, hereby moves for an order to open and set aside the Court's Order denying Debtor a Discharge for Failure to File the Financial Management Certification.

In support thereof, the debtor respectfully represents as follows:

1. On February 8, 2019, the Movant filed in this Court a voluntary petition under Chapter 13 of Title 11, United States Code. Case number 19-20198 was assigned.

2. After the 341 hearing, but while the case was pending, the Debtor / Movant suffered some medical setbacks and was in the hospital for some time.

3. The Deadline for the Debtor to take the Financial Management Course was May 20, 2019.

4. Due to various delays due to the Debtor's inability to appear for her 341 hearing, the 341 hearing was held on June 12, 2019.

5. The Debtor completed the Financial Management course on June 12, 2019, but did not immediately provide Counsel with the Certificate.

6. The case was closed without discharge on June 13, 2019.

7. The Debtor subsequently provided Counsel with her Financial Management Certificate. Counsel then prepared and sent the 423 form to the Debtor, who signed it on September 27, 2019.

8. The 423 Form was filed with this Court on October 30, 2019, Doc ID No 15.

9. On October 30, 2019, when the 423 Form was filed, the Debtor did not have the funds to pay the filing fee to Reopen her case.

10. Friends of the Debtor have now paid the filing fee to Reopen the Debtor/Movant's case.

11. The Debtor seeks to have her case reopened so that a Discharge may enter.

**WHEREFORE**, the Movant respectfully requests the following:

a. That the Court enter an order opening the Order re Discharge, dated June 13, 2019, for the purpose of hearing her Motion to Set Aside said Order;

b. That the Court thereupon enter a Discharge in this matter;

c. Such other and further relief to which the Movant is entitled at law or equity.

Dated at Hartford, Connecticut this 16th day of January, 2020.

MOVANT,

By: ___/s/ Suzann L. Beckett__
Suzann L. Beckett
Beckett Law, LLC
543 Prospect Avenue
West Hartford, CT 06105
(860) 236-1111
Federal Bar No. ct 02186

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re

JOAN STRINGER

Chapter 7

Case No. 19-20198

***"PROPOSED"***
**ORDER**

Upon the foregoing Motion to Reopen and the Court's finding that good cause exists to reopen the case, it is hereby

ORDERED that the Chapter 7 case of JOAN STRINGER is hereby reopened for the purpose of filing a Certificate regarding Financial Management and to enter an Order of Discharge in the above-referenced matter.

BY THE COURT

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| In re ) <br> ) <br> JOAN STRINGER ) <br> ) <br> _____ ) | Chapter 7 <br><br> Case No. 19-20198 |

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 16th day of January, 2020, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class or certified mail on the parties listed in section 2 and 3 below.

1. **Documents Served:**
   a. Motion to Reopen
   b. Proposed Order
   c. Notice of Contested Matter
   d. Certificate of Service

2. **Parties Served by First Class Mail**
   a. Joan Stringer, 131 Woodycrest Drive East Hartford, CT 06118

3. **Parties Served by Certified Mail**
   a. None

4. **Parties served by CM/ECF**
   - John O'Neil          joneil1776@yahoo.com
   - Paul Otzel           staff@milfordlegal.com
   - U. S. Trustee        USTPRegion02.NH.ECF@USDOJ.GOV

Dated: January 16, 2020

By:    JOAN STRINGER
       /s/ Suzann L. Beckett
       Suzann L. Beckett (CT02186)
       543 Prospect Avenue
       Hartford, CT 06105
       T: (860) 236-1111
       F: (860) 236-0050
       SuzannB@beckett-law.com